No. 76–1361. J. A. McCARTHY, INC., ET AL. *v.* BRADSHAW ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Northeast Marine Terminal Co.* v. *Caputo,* 432 U. S. 249 (1977).

No. 76–1498. DAVIS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Brown* v. *Ohio,* 432 U. S. 161 (1977), and *Price* v. *Georgia,* 398 U. S. 323 (1970).

No. 76–5722. SCHLEIS *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Chadwick, ante,* p. 1.

No. 76–6714. McKENZIE *v.* MONTANA. Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Patterson* v. *New York,* 432 U. S. 197 (1977).

No. A–881 (76–5325). BROWDER *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS OF ILLINOIS. C. A. 7th Cir. [Certiorari granted, 429 U. S. 1072.] Application for enlargement from custody, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–1030. TIMMONS *v.* McGRATH. Sup. Ct. S. C. Application for stay of execution and enforcement of judgment below, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.